UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE: Jeffrey S. Krauss

,
Debtor.
_____/

CHAPTER 13
CASE NO. 16-54772-tjt
JUDGE Thomas J. Tucker

## ORDER CONFIRMING PLAN

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest.  Objections, if any, have been resolved.  The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

**IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ Fee Application in fees and $Fee Application in expenses, and that the portion of such claim which has not already been paid, to-wit: $ Fee Application shall be paid by the Trustee as an administrative expense of this case.**

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

X   Other: Creditor Flagstar Bank, FSB (proof of claim #7) shall have a modified allowed secured 5.2 claim in the amount of $13,580.20 at 6% interest.

APPROVED

/s/ Tammy Terry
TAMMY L. TERRY (P46254)
KIMBERLY SHORTER-SIEBERT (P49608)
MARILYN R. SOMERS-KANTZER (P52488)
Chapter 13 Trustee
535 Griswold Street
2100 Buhl Building
Detroit, MI  48226
313-967-9857

| Objections Withdrawn |
| --- |
| /s/ Kristy Steffani (P77020) |
| For Creditor:  Flagstar Bank |
| Objections Withdrawn |
| For Creditor: |

/s/ Robert Bishop
Robert Bishop     (P66345)
Attorney for Debtor
24405 Gratiot
Eastpointe, MI 48021
586.775.0600
bermanbishop@gmail.com

.

**Signed on April 28, 2017**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge