UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Jeffrey S. Krauss            Case No. 16-54772-tjt
                                                  Chapter 13
           Debtor.                    Hon: Thomas J. Tucker
_____/

### ORDER MODIFYING PLAN POST-CONFIRMATION

       Upon the reading and filing of Attorney for Debtor(s), BERMAN & BISHOP, PLLC by Robert Bishop, NOTICE OF PROPOSED POST-CONFIRMATION PLAN MODIFICATION which was presented to this Court pursuant to L.B.R. 9014-1, and no objections having been filed to the said Petition and a Certificate of No Response having been filed with this Court;

**IT IS HEREBY ORDERED**:

1. Nationstar Mortgage LLC d/b/a/ Mr. Cooper shall be paid as a Class 4.1 Trustee paid claim effective April 1, 2019 in the amount of $550.41 per month. This claim was originally a direct by debtor paid claim.

2. Debtor's Chapter 13 Plan payment shall be increased to $800.00 bi-weekly.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

**Signed on October 11, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge