# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In re:

Jeffrey S. Krauss

      Debtor

_____/

Chapter 13
Case Number 16-54772-TJT
Honorable Thomas J Tucker

## ORDER RESOLVING OBJECTIONS TO MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR ORDER MODIFYING THE AUTOMATIC STAY

NOW COMES the Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper ("Creditor"), by and through its attorneys, Orlans PC, by Ryan J. Byrd, having filed a Motion for Relief from the Automatic Stay with respect to the property located at 2846 Cooper Avenue, Port Huron, MI 48060, along with the Debtor's Attorney, Robert W. Bishop, and the Chapter 13 Trustee, Tammy L. Terry and the parties having reached a resolution to the Motion of Relief from the Automatic Stay; the Court having reviewed the Stipulation Resolving Objections to Motion for Relief from Automatic Stay and Order Modifying the Automatic Say; and the Court being fully advised on the premises:

IT IS FURTHER ORDERED that in the event that Debtor fails to timely make any future plan payments, Creditor may submit a notice of default, served upon Debtor and Debtor's Counsel and permitting 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fails to cure the defaults in payments after having been provided notice under the provisions of this order, then the Creditor may submit an Order Granting Relief from the Automatic Stay to the Bankruptcy Court and the automatic stay may be thereafter lifted without a further hearing or notice.

IT IS FURTHER ORDERED that Debtor shall be limited to 2 opportunities to cure defaults. Should a third default occur, then the Creditor may submit an Order Granting Relief from the Automatic Stay to the Bankruptcy Court along with an affidavit attesting to a failure to make payments, and the automatic stay may be thereafter lifted without a further hearing or notice.

**Signed on October 17, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge