UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Jeffrey S. Krauss,   Case No. 16-54772-tjt
Chapter 13
Debtor.   Judge Thomas J. Tucker
_____/

### ORDER APPROVING THE DEBTOR'S
### POST-CONFIRMATION PLAN MODIFICATION

This case came before the Court for a hearing on April 24, 2020, held by telephone, on the Debtor's proposed post-confirmation plan modification (Docket # 89, the "Plan Modification"). Counsel for the Debtor appeared at the hearing, by telephone. No one else appeared. No objections were filed to the Plan Modification, and the deadline for filing any objections was April 23, 2020, under the Court's Order entered on April 17, 2020 (Docket # 92). Confirming action taken during the hearing,

**IT IS ORDERED** that the Plan Modification (Docket # 89) is approved.

**IT IS FURTHER ORDERED** that the Debtor's Chapter 13 Plan payment is decreased to $550.00 bi-weekly, effective April 16, 2020.

**IT IS FURTHER ORDERED** that in all other respects, the Order Confirming Plan and the confirmed plan, as later modified, will remain in full force and effect.

**Signed on April 24, 2020**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**